Wasseem ABSOOD, Appellant,

v.

UNIVERSITY OF MISSOURI, et al, and
Western Missouri Mental Health
Center, et al., Respondent.

No. WD 53353.

Missouri Court of Appeals,
Western District.

May 20, 1997.

Daniel D. Lane, Independence, for appellant.

Phillip J. Hoskins, Office of the General Counsel, Columbia, for University of Missouri-Kansas City School of Medicine.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Bruce E. Hahn, Assistant

Attorney General, Kansas City, for Western Missouri Mental Health Center.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Wasseem Absood appeals the decision of the Jackson County Circuit Court dismissing, with prejudice, his petition against the Western Missouri Mental Health Center and the University of Missouri at Kansas City School of Medicine. Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the parties have been provided a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).